IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00702-WYD-KMT

MARLA J. JACOBSON,

     Plaintiff,

v.

ADAMS 12 FIVE STAR SCHOOLS,

     Defendant.

## ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     In accordance with the Stipulation filed by the parties (ECF No. 74), Plaintiff's "Motion to Review and Deny Costs" filed May 1, 2014 (ECF No. 69) is **WITHDRAWN**. As to the portion of the Stipulation that seeks to dismiss the case with prejudice, this is moot as the case has been appealed and is pending in the Tenth Circuit.

     Dated:  July 16, 2014.